# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0028.  JABBAR MUHAMMAD ALI WILLIAMS v. THE STATE.**

     Jabbar Muhammad Ali Williams pleaded guilty to possession of marijuana with intent to distribute.  Four days later, he later filed a motion to withdraw his guilty plea, which the trial court denied.  Williams then filed a "Request for Certificate of Probable Cause" in the Supreme Court.  The Supreme Court docketed the filing as an application for discretionary appeal of the trial court's order denying Williams's motion to withdraw his guilty plea and transferred the case here.

     An order denying a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008).  We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and Williams shall have ten days from the date of this order to file a notice of appeal in the trial court.  If he has already filed a timely notice of appeal in the trial court, he need not file a second notice. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  08/22/2018
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*